UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America,**

    **Plaintiff**                                                                                    **CR89-30028-REK**

    v.

**John Ecker,**

    **Defendants**

## NOTICE

**PLEASE TAKE NOTICE that the above entitled matter has been set for a status conference on Friday, March 31, 2004 at 11:30 a.m., in courtroom no. 3 on the 3rd floor before the Honorable Robert E. Keeton.**

                                                **Tony Anastas, Clerk of Courts**
                                                /S/ Craig J. Nicewicz

<u>**3/23/2004**</u>                                              _____
     **Date**                                                     **Craig Nicewicz, Deputy Clerk**
                                                  617-748-9158