UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 89-30028-REK |
| | ) |
| JOHN L. ECKER | ) |

MOTION FOR HEARING ON STATUS OF COUNSEL

Recent conversations between defendant and undersigned counsel have raised concerns on which counsel needs the court's advice. Counsel therefore requests the court hold an ex parte hearing at which the court can resolve the matter. The basic problem is set forth in the attached affidavit, which is submitted ex parte and thus not served on the government.

JOHN L. ECKER
By his attorney,

*/s/ Owen S. Walker*

Owen S. Walker
 B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Owen S. Walker, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Mary Elizabeth Carmody by fax on April 26, 2004.

*/s/ Owen S. Walker*
Owen S. Walker