John Leonard Ecker
Reg. No. 90050-038
FMC Butner
P.O. Box 1600
Butner, NC 27509

May 9, 2004

The Honorable Robert E. Keeton
Senior United States District Judge
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: United States of America v. John L. Ecker
        Criminal No. 89-30028-REK

Dear Judge Keeton:
    I was a CIA informant and had a working relationship with the CIA prior to my arrest on the instant offense of possession of a Firearm in 1989. This is evidenced, in part,

The Honorable Robert E. Keeton
May 9, 2004
Page two

by the attached letter from the CIA dated April 26, 2004 which was in response to a Freedom of Information Act/Privacy Act request (FOIA request) I filed with the CIA some time ago. I intend to defend myself against the possession of a firearm charge by alleging that I was a CIA informant and the CIA sanctioned it. This would be evidenced, in part, by the documents the CIA is holding back from release.

    Owen S. Walker, my court appointed attorney, has been representing me since 1991 or 1992. Since his appointment I have written numerous letters to him and have left numerous voice mail messages to which he did not respond. In a recent telephone discussion with Mr. Walker he said that he did not read my letters to him. In those letters and voice mail

The Honorable Robert E. Keeton
May 9, 2004
Page three

messages to him I discussed the events prior to my arrest in 1989 and possible defenses we could use at trial. Mr. Walker's lack of assistance has resulted in much pain and suffering and incarceration well beyond whatever sentence the Court would impose had I been convicted at trial many years ago. My allegations are supported, in part, by the following documentation:

1. letter to Owen S. Walker dated March 3, 2002 with attached copy of the McDonough case;

2. letter to Owen S. Walker dated March 3, 2002;

3. letter to Owen S. Walker dated January 15, 2002

The Honorable Robert E. Keeton
May 9, 2004
Page 4

My files contain many more letters providing information to Owen Walker and suggesting possible defenses which will not be attached to this letter. Should you need more evidence, I can provide it at the hearing held ex parte on the matter of status of counsel.

Should the government refuse to drop the pending charges, I ask that you appoint new counsel who will represent me faithfully, diligently, and vigorously.

Thank you for your time and prompt attention in these urgent matters.

Sincerely,
John Leonard Ecker

Copy: Owen S. Walker   John Leonard Ecker