

Central Intelligence Agency

Washington, D.C. 20505

APR 2 6 2004

Mr. John Leonard Ecker
Reg. No. 90050-038
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Reference:  P-2002-00667

Dear Mr. Ecker:

   This is in response to your 9 November 2002 letter in which you appealed the 9 October 2002 determination of this Agency in response to your 31 January 2002 Freedom of Information Act and Privacy Act request for information pertaining to yourself, John Leonard Ecker.  Specifically, you appealed our determination that we were unable to identify any information or record filed under your name.

   In accordance with Agency regulations set forth in parts 1900 and 1901 of title 32 of the Code of Federal Regulations (C.F.R.), the Agency Release Panel has considered your appeal and determined that two documents may be released in sanitized form with deletions on the basis of Freedom of Information Act exemptions (b)(3) and (b)(7) (E) and  (F), and Privacy Act exemptions (j)(1) and (k)(2).  It has also been determined that one document must be denied in its entirety on the basis of Freedom of Information Act exemptions (b)(3) and (b)(7) (C), (E) and (F), and Privacy Act exemptions (j)(1) and (k)(2).  Therefore, pursuant to subparagraphs 1900.41 and 1901.41 of title 32 of the C.F.R., the Agency Release Panel has approved your appeal in part.

   In accordance with the provisions of the Freedom of Information Act and the Privacy Act, you have the right to seek judicial review of this determination in a United States district court.

Mr. John Leonard Ecker


    Copies of the two documents as approved for release are enclosed.  An explanation of the exemption codes is also enclosed.  We appreciate your patience while your appeal was being considered.


                Sincerely,

                Alan W. Tate
          Acting Executive Secretary
           Agency Release Panel


Enclosures

MORI DocID: 1079355

Incident Descriptio    Incident

SUBJECT    CALLED OGC OFFICE AND REQUESTED HELP FROM CIA GETTING HIM OUT OF JAIL.

(b)(3)
(j)(1)

APPROVED FOR RELEASE
DATE: MAR 2004

②

APPROVED FOR RELEASE
DATE: MAR 2004

(b)(3)
(b)(7)(e)
(b)(7)(f)
(j)(1)



Summary

Subject

Name: JOHN LEONARD ECKER

SUBJECT IS A PRISONER AT A CORRECTIONAL FACILITY IN MISSOURI. CLAIMS OF
PERSECUTION AND INNOCENCE, AND REQUESTS ASSISTANCE IN GETTING HIM OUT OF PRISON.

SUBJECT is originally from Mass and
Now commited indefinitely at US Medical Center, Federal Prison, Springfield Missouri.

①