March 3, 2002

Mr. Owen S. Walker, Esq.
Federal Defender
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

    Re: **United States of America v. John Leonard Ecker**
        **Criminal No. 89-30028-REK**

        **§ 4246 civil commitment case.**

Dear Mr. Walker:

I am writing about the above referenced criminal and civil cases which you presently represent me.

Enclosed for your perusal and investigation, please find the following:

1) Your copy of: **Craig V. McDonough v. Trustees of the University System of New Hampshire,** 823 F.2d 543, 84-1863;

2) Your copy of a letter I have mailed to the Norfolk District Attorney's Office in Canton, Massachusetts;

3) Your copy of a letter I have mailed to New England School of Law Library in Boston, Massachusetts;

4) Your copy of a letter I have mailed to Boston College Law School Library in Newton, Massachusetts.

As you can see from reading the **Mcdonough** case, Craig McDonough was a radical Marxist instructor and blatant communist who was terminated from employment at a university in New Hampshire. Craig McDonough then resurfaced at MCI Norfolk in 1984, teaching an "Economics Development" class through the University of Massachusetts (Boston Campus). Through my encounter with Professor McDonough, I contacted the Central Intelligence Agency in Boston and developed a working relationship with them. This is pertinent to the criminal case because the agency was aware that I possessed a firearm and sanctioned it.

The letter to the Norfolk District Attorney's Office is a letter requesting copies of public records relating to the 1985-86 prosecutions of Bill Linehan, Kurt King, and Michael Shea, after attacking me in my cell(#65) at MCI Walpole. The letter was written at the suggestion of the Attorney General's Office after providing me with the address and informing me that the Attorney General's Office had none of the records I had requested.

Mr. Owen S. Walker, Esq.
Page two
March 3, 2002

The letters addressed to New England School of Law Library and Boston College Law Scool Library are letters requesting copies of presidential transcripts, official documents, articles, and information on the use of the language "Venom" and "vendetta" by then-President George H.W. Bush during his 1992 presidential campaign against Bill Clinton. I will not discuss details of the of his remarks to the media in a letter open to inspection. However, I will say that President Bush was fully aware of the allegations set forth in my habeas petition which is in the process of being filed in the federal court, and is guilty of complicity and complicated the situation for me by abandoning me and walking away, leaving a mess. In addition to allegations, I have confirmed it through reliable sources.

I would strongly suggest that you visit with me as soon as possible so that we can talk about the various aspects and strategies regarding the criminal and civil cases which you presently represent me.

Thank you for your prompt attention in this matter.

Sincerely,


John Leonard Ecker
Reg. No. 90050-038
FMC Devens
P.O. Box 879
Ayer, MA 01432

JLE/jle

Copy to: Mark R. Ecker

Enclosures