February 1, 2002

Mr. Owen S. Walker, Esq.
Federal Defender
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

  Re: **United States of America v. John Leonard Ecker**
    **Criminal No. 89-30028-REK**

    **§ 4246 civil commitment case.**

Dear Mr. Walker:

I am writing about the above referenced criminal and civil commitment cases which you presently represent me.

Attached herewith, please find your copy of a Freedom of Information/Privacy Act Request I have mailed certified to the Central Intelligence Agency, Washington, D.C. In the request, I have asked the Agency for confirmation that they had contact with me between 1980 to the present date. The requested information is relevant to the above referenced criminal and civil cases which you presently represent me. Specifically, I had a working relationship with the Central Intelligence Agency prior to my arrest in 1989 and they were aware that I possessed a firearm and, in fact, sanctioned it. The information requested is also relevant to the civil commitment because of the Goverment's involvement with the 1992 missing women case in Springfield, Missouri which, because of my knowledge and sharing of information about the case, resulted in the Government committing me pursuant to § 4246.

In regards to our independent evaluator, please have Frank DiCataldo evaluate me for competency to stand trial in addition to evaluating me to determine if I suffer from mental disease or defect, and whether I am dangerous to others or the property of others due to a mental disease or defect.

Attached herewith, please also find your copy of a letter I received from the Department of State Police providing me with information I requested about Mr. Joel Picchi who had hired me as an investigator prior to my arrest in 1989, for the now defunct Prudent, Loss, Control & Security firm. I will be writing to Mr. Picchi and asking him if he will testify on my behalf at the trial on the pending indictment charging felon, in possession of a firearm.

Also attached, please find your copy of a letter I received from Paula Meara, Chief of Police, Springfield Police Department. According to her letter no other documents exist and no arrests were made in connection with the April 14, 1989 attack and assault on my mother and I as I was entering the YMCA in Springfield, Massachusetts. We do have copies of the initial police complaints and I am sure that my mother and Lisa Manzi will be able to testify on my behalf at a trial.

Mr. Owen S. Walker, Esq.
Page two
February 1, 2002


Also attached, please find your copy of a letter I received from the University of Massachusetts in Boston, denying me the requested information on a Professor Craig McDonough. I think that the copy of the case from the Appeals Court regarding Professor McDonough's radical Marxist views and the circumstances surounding his termination from employment from a university in New Hampshire should be adequate at the trial on the pending firearms indictment.

Thank you again for your prompt attention in this matter.

Sincerely,


John Leonard Ecker
Reg. No. 90050-038
FMC Devens
P.O. Box 879
Ayer, MA 01432

JLE/jle

Copy to: Mark R. Ecker

Enclosures