January 15, 2002

Mr. Owen S. Walker, Esq.
Federal Defender
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

> Re: 1) **United States of America v. John Leonard Ecker**
>     Criminal No. 89-30028-REK
>
>     2) **§4246 civil commitment case**

Dear Mr. Walker:

I am writing about the above referenced criminal and civil cases which you presently represent me.

In June of 1997, I retained a private investigator, Jeffrey R. Kellett, to contact witnesses and obtain statements from them in connection with the federal civil commitment. See attached copy of letter dated June 11, 1997, from Jeffrey R. Kellet, which was signed by both he and I, finalizing a contractual agreement for investigative services to be performed by him. We then entered into an additional contractual agreement by signing Addendums to the original contract. See attached copy of three Addendums obligating Mr. Kellett to locate and obtain statements from three additional witnesses.

I have written to Mr. Kellett instructing him to immediately contact you and report the results of his investigations. See attached copy of letter addressed to Mr. Kellett dated January 14, 2002. Unfortunately, Mr. Kellett has not responded to any of my letters to him after August of 1997, nor has he reported the results of his investigations.

The reason(s) why I contracted with Mr. Kellett to locate and obtain statements from **Teresa Breshear** are because:

1) Ms. Breshear was employed by the CIA prior to my arrest in 1989, and we were in frequent contact with eachother prior to my arrest, and she would have exculpatory information in regards to the above referenced criminal case.

2) Prior to being found incompetent and committed pursuant to §4246, Ms. Breshear showed up at the USMCFP in Springfield, Missouri, ostensibly as a case manager intern while I was warehoused in the then-10E Cuban Unit. She was only there for three days. Then on June 7, 1992, three women from Springfield, Missouri disappeared from a residential neighborhood. The guards, after the women's disappearance, routinely harrassed me and asked me where the women were. After June 20, 1992, I was told that Ms. Breshear was dead and I was quickly transferred to FMC Rochester in Minnesota. It is my allegation that Ms. Breshear has direct evidence and information about the

Mr. Owen S. Walker, Esq.
Page two
January 15, 2002

>goverment coverup surrounding the disappearances of the three women from Springfield, Missouri, and of the government's desires and interests in finding me incompetent, and committing me under the mental health statutes in an effort to perfect the coverup.

The reason(s) why I contracted with Mr. Kellett to locate and obtain statements from Cynthia Cropper are because:

>1) Cynthia Cropper was a registered nurse at USMCFP in Springfield, Missouri at the time we were acquainted with eachother. I had asked her to "vouch" for me when the time came. She told me that she would think about it. About several months after we talked about her vouching for me, I was told by then-Correctional Officer Selsor, now-Lt. Selsor at Butner, that Ms. Cropper was fired because she had compromised the positions of other staff at the medical center over me. I was then told by officer Foster that she had been raped by some of the guards and he mentioned Lt. Kelly's name. Ms. Cropper, through her employment at USMCFP in Springfield, would have direct knowledge and exculpatory information about my civil commitment case.

The reason(s) why I contracted with Mr. Kellett to locate and obtain statements from Patty Domask are because:

>1) Patty Domask was a registered nurse at FMC Rochester in Rochester, Minnesota at the time we were acquainted with eachother. When I was in the Seclusion Unit at FMC Rochester, I woke up one evening to find Ms. Domask in my room. She was at the door looking out the window, and telling the guards that they had better let her out because they were all in on it and threatened to tell on them. The guards then opened the door and let her out of my room. Ms. Domask then resigned. After she had resigned, Dr. Thomas Kucharski, a member of one of the risk assessments, told me while we were playing chess, that "Patty" resigned because of me and that he (Dr. Kucharski) was good friends with her husband as he went over to their home every Wednesday to play cards with them. I believe that Ms. Domask actually liked me and that she had information directly relevant to the civil commitment case and of Dr. Kucharski's unethical behavior and motives for voting against releasing me at the risk assessment.

Mr. Owen S. Walker, Esq.
Page three
January 15, 2002


If Mr. Kellett fails to honor his contractual obligations to investigate and locate witnesses, it would behove us to pusue this issue and move forward with our own investigations.

Thank you again for your prompt attention in this matter.

Sincerely,


John Leonard Ecker
Reg. No. 90050-038
FMC Devens
P.O. Box 879
Ayer, MA 01432

JLE/jle

Copy to: Mark R. Ecker

Enclosures