UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her

deputies, and to __FCI- Butner, North Carolina__

YOU ARE COMMANDED to have the body of __John Leonard Ecker__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. _3_ , on the _3rd_ floor, Boston, Massachusetts on __June 14, 2004__ ___, at__ 10:00 a.m.__

For the purpose of __Evaluation/Detention hearing/Pretrial conference__
in the case of __United States v. John Leonard Ecker__
CR Number __89-30028-001-REK__

And you are to retain the body of said __John Leonard Ecker__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __John Leonard Ecker__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.
Dated this __27th__ day of __May 2004__ .

TONY ANASTAS, CLERK

By:_____
SEAL                Deputy Clerk