UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her

deputies, and to  FCI Butner, North Carolina

YOU ARE COMMANDED to have the body of  John Leonard Ecker  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. 3 , on the 3rd floor, Boston, Massachusetts on  June 21, 2004   , at  9:00 a.m.

For the purpose of  Detention/Pretrial/Competency hearing
in the case of    United States v. John L. Ecker
CR Number   89-30028-REK

And you are to retain the body of said  John Leonard Ecker   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said    John Leonard Ecker   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.
Dated this  3rd    day of  June .


                                                        TONY ANASTAS, CLERK

                                                                /s/ Craig J. Nicewicz
                                                        By:_____
                    SEAL                                        Deputy Clerk