UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 89-30028-REK |
| | ) | |
| JOHN L. ECKER | ) | |
| | ) | |

MOTION TO CONTINUE

Defendant John L. Ecker moves that his status conference, now scheduled for July 22, 2004, be continued.  As grounds for this motion, defendant's counsel is unable to attend the conference for medical reasons.  Counsel requests that a new date not be set immediately, pending results of diagnostic testing he is required to undergo.

JOHN L. ECKER
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061