John Leonard Ecker, ID#1903
E.C.C.F., 240-C Unit
P.O. Box 807
20 Manning Road
Middleton, MA 01949

August 5, 2004

Clerk of Court
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re: United States of America v. John Leonard Ecker
        Criminal No. 89-30028-REK

Dear Sir or Madam:

   I am writing to request that a status hearing be scheduled in the above referenced matter if one hasn't already been scheduled. I also request that you ask Judge Keeton to consider

Clerk of Court
August 5, 2004
Page two

assigning a new attorney to represent me with the suggestion that he appoint Attorney Harvey Silverglate who has an office at 83 Atlantic Avenue in Boston. On June 21, 2004, Judge Keeton scheduled a status hearing to be held on July 22, 2004, and ordered my lawyer, Owen S. Walker and the assistant U.S. attorney, Mary Elizabeth Carmody to contact the Central Intelligence Agency for confirmation or a denial that they sanctioned my actions in 1989. Then, less than 24 hrs. before the July 22 status hearing was to take place, a lawyer by the name of Charlie McGinty told me that the July 22 hearing would be cancelled because my attorney, Owen S. Walker, was out sick and going through

Clerk of Court
August 5, 2004
Page three

testing. As far as I'm concerned, Owen Walker had plenty of advance notice to either reschedule the hearing or prepare one of his assistants to fill in for him. Mr. Walker, at best, has been grossly negligent throughout the 12 or so years that he has represented me. Neither Mr. Walker nor Mr. McGinty respond to my letters and voice mail messages. They don't visit. It's time for a new attorney and to get rolling on disposing of the 15 year old gun charge and $4246 civil commitment now pending in Judge Keeton's Court.
    Thank you for your prompt attention.

Sincerely,
John Leonard Ecker
John Leonard Ecker