UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action |
| v. ) | No. 89-30028-REK |
| ) | |
| JOHN L. ECKER, ) | |
| Defendant, ) | |

## GOVERNMENTS SUBMISSION OF RESPONSE TO THE INQUIRIES REQUESTED BY THE COURT AND THE DEFENDANT

Pursuant to the Court's request at the status conference on June 21, 2004 in the above captioned case, the United States submits the following documents:

1. Pursuant the Court's request, the United States has made inquiry of the Central Intelligence Agency ("CIA") to determine whether Mr. Ecker or a Theresa Breshear ever had any contact or employment relationship in any way with that agency. The CIA's response is attached hereto as Exhibit 1.

2. After the conference, Attorney Walker on behalf of the defendant, requested that the United States make the same inquiry of the National Security Agency ("NSA"), *i.e.*, to determine whether Mr. Ecker or a Theresa Breshear ever had any contact or employment relationship in any way with that agency. The United States did make that request. The response of the NSA is

attached hereto as Exhibit 2.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
                        MARY ELIZABETH CARMODY
                        Assistant U.S. Attorney
                        U. S. Attorney's Office
                        John Joseph Moakley
                        United States Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA  02210
                        (617) 748-3290

**CERTIFICATE OF SERVICE**

    I hereby certify that on a true copy of the above document was served upon the attorney of record for each other party by hand on August 18, 2004.

_____
MARY ELIZABETH CARMODY

2