John Leonard Echer, ID#1903
E.C.C.F., 240-C Unit
P.O. Box 807
20 Manning Road
Middleton, MA 01949

August 5, 2004

The Honorable Robert E. Keeton
Senior United States District Judge
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

   Re: United States of America v. John Leonard Echer
       Criminal No. 89-30028-REK

Dear Judge Keeton:
   I hope that this letter finds you in good health and spirits.
   I am writing to request that a status hearing be scheduled in the above referenced matter, if one hasn't already been scheduled and ask that

The Honorable Robert E. Keeton
August 5, 2004
Page two

you consider appointing new counsel to represent me with the suggestion that Harvey Silverglate be appointed whose address is at 83 Atlantic Avenue in Boston.

At the last hearing held on June 21, 2004, you may recall that you ordered my lawyer, Owen S. Walker, and the attorney for the government, Mary Elizabeth Carmody, to contact the Central Intelligence Agency to get confirmation or a denial that they sanctioned my actions in 1989, and scheduled another status hearing to be held on July 22, 2004. Less than 24 hrs. before the July 22 hearing was to be held one of Owen Walker's assistants, Charles McGinty, told me that the July 22 hearing was going

The Honorable Robert E. Keeton
August 5, 2004
Page three

to be cancelled because my attorney, Owen Walker, was out sick and going through testing. I have a hard time trying to understand why Owen Walker waited until the day before the scheduled hearing to have it cancelled or why he couldn't prepare one of his assistants to fill in for him. Moreover, neither Mr. Walker nor Mr. McGinty respond to my letters and voice mail messages. I think that it's high time that we get rolling on this case and dispose of the 14 ½ year old gun charge and the §4246 civil commitment now pending in your court. In furtherance, I ask that you have me released in some capacity so that I may

The Honorable Robert E. Keeton
August 5, 2004
Page Four

get my affairs in order and search for an attorney if we can not reach a speedy resolution on the matters now pending in your court.

Finally, I want to bring to your attention that I was seen by the contract psychiatrist here, Dr. Melbert. Dr. Melbert has me taking Remeron HS (an antideppressant) and Seroquel (an orally administered antipsychotic). Dr. Melbert voluntarily told me that I may be able to come off of the medications once I am released to the community, implying that my problems are caused by stress, the environment, and other external factors. Dr. Melbert's opinions are in sharp contrast of those of the Bureau of Prisons' doctors whose

The Honorable Robert E. Keeton
August 5, 2004
Page Five

reports all mirror eachother and opine that I am a bizarre paranoid schizophrenic. This revelation, in itself, may require further inquiry into the true motives of the BOP doctors.
  With this I close and ask that you take whatever action you may take in an expeditious manner. Thank you again for your prompt attention in these urgent matters.

Sincerely,

*John Leonard Ecker*
John Leonard Ecker