ATTORNEY ASSIGNMENT REQUEST

Defendant: **John Leonard Ecker**         Case & Defendant Number **89-CR-30028**

Date of Appointment:_____       Appointed by:_____

Attorney Withdrawn   **Owen Walker**         Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts   **1s**_____
Charge(s) and Cite(s)   **18: 922 (g)(1), 18:924 (a)(2) Felon in possession of a firearm**

Indictment   **X**_____       Information_____       Probation Revocation_____

Number of Defendants      **1**_____

Judge Code_____

Special Instructions:_____

_____

_____

_____

_____

                                                                        **/s/ Karen Folan**
                                                                           Deputy Clerk

                                                        Dated       **11/4/04**_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

                                                                                [attyreq.;kattyreq.]