## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**United States of America**  
        **Plaintiff**

**CRIMINAL**

**CASE NO. 89-30028-REK**

**V.**

**John Leonard Ecker**  
        **Defendant**

## NOTICE OF HEARING

**Keeton, S.D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for _A status conference on Tuesday, January 25, 2005_ at _2:00_ P.M. before Judge _Keeton_ in Courtroom # _3_ on the _3rd_ floor.

TONY ANASTAS,  
CLERK OF COURT

12/13/04         By: /s/ Karen Folan  
Date         Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 7/99)         [kntchrgcnf.]  
       [ntchrgcnf.]