John Leonard Echer, ID#1903
E.C.C.F., 240-C Unit
P.O. Box 807
20 Manning Road
Middleton, MA 01949

August 15, 2004

The Honorable Robert E. Keeton
Senior United States District Judge
John Joseph Moahley Courthouse
One Courthouse
Boston, MA 02210

Re: USA V. Echer
Criminal No. 89-30028-REK

Dear Judge Keeton:
    Attorney Charles McGinty visited
with me on August 9 2004. During
the visit Mr. McGinty showed me
a copy of a July 27, 2004 letter
that the Central Intelligence Agency

The Honorable Robert E. heeton
August 15, 2004
Page two

(CIA) in which the CIA said that
their "searches located no information
indicating that either John Leonard
Ecker or Teresa Breshear has or had
any employment, contractual, or
operational relationship with the
CIA." The CIA is lying and I am
willing to submit to a lie detector.
    Terry Breshear was a CIA employee
and she was my spy partner prior
to my arrest in 1989. Terry Breshear
was killed in 1992 and the
circumstances surrounding her death
and the deaths of Streeter, McCall,
and Levitt (the June 7, 1992 missing
women case) are classified top
secret.
    Your Honor, since my lawyer refuses
to do it, please give notice to the

The Honorable Robert E. keeton
August 15, 2004
Page three

attorney for the government that
if they don't drop the pending
15 year old gun charge and release
me *immediately*, and compensate
the innocent victims that resulted
from my arrest in 1989 and the
subsequent tragedy in 1992, then
disclosure of classified information
will result.

Thank you for your prompt attention
in these urgent matters.

Sincerely,

John Leonard Ecker
John Leonard Ecker