UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA
       Plaintiff


v.                           Criminal Action No.89-30028-REK



JOHN LEONARD ECKER
       Defendant


PROCEDURAL ORDER


KEETON, S.D.J.

      IT IS ORDERED that the defendant be placed back in federal custody at FCI Butner for a new competency hearing.  The government shall notify the clerk when the hearing is completed in order for a writ to issue to have the defendant brought back up to the District of Massachusetts for a hearing scheduled for Wednesday, May 4, 2005 at 2:00 p.m.



                             By the Court,

                             /S/ Karen P. Folan

3/15/05                          _____
  Date                           Karen P. Folan
                              Courtroom Clerk