UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action |
| v. ) | No. 89-30028-REK |
| ) | |
| JOHN L. ECKER, ) | |
| Defendant, ) | |

## GOVERNMENT'S MOTION TO CONTINUE STATUS CONFERENCE SET FOR MAY 4, 2005 UNTIL JUNE 8, 2005 (ASSENTED TO)

Now comes the United States of America, in the above-captioned cause, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and requests the Court to continue the status conference in this case set for May 4, 2005 until June 8, 2005, for the following reasons:

1. At the status conference held by the Court on January 25, 2005, counsel for the government renewed its request for a further competency evaluation. Counsel for the defendant did not oppose the government's request and also requested that an independent psychiatric evaluation be done to determine the defendant's competency and that the Court authorize funds for that evaluation. The Court granted the parties request and ordered that after the independent evaluation, the defendant would be transported back to FCI-Butner for another competency evaluation to be performed by the staff at the Bureau of Prisons. The Court set a further Status Conference in this case for May 4, 2005.

2. The evaluation by the defendant's expert took longer than expected. As a result,

the defendant was not transported in the time-frame originally expected. The defendant did not arrive back at FCI-Butner until on or about April 18, 2005.

3. The Bureau of Prisons psychiatrist who has been tasked with performing the competency evaluation of the defendant has requested additional time in order to complete his evaluation and written report to the Court. Thus, the government requests that the Status Conference set for May 4, 2005 be continued until June 8, 2005.

4. Counsel have conferred and counsel for the defendant have assented to this continuance.

Wherefore, the United States requests that the Court to continue the status conference set for May 4, 2005 be continued until June 8, 2005.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: Mary Elizabeth Carmody
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748–3290

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope

bearing sufficient postage for delivery:

> Robert Braceras, Esq.,
> Neil Smith, Esq.
> Goodwin Proctor, LLP
> Exchange Place
> Boston, MA 02109

This 2nd day of May, 2005 .

MARY ELIZABETH CARMODY
Assistant United States Attorney