John Leonard Ecker
Reg. No. 90050-038
FMC Butner
P.O. Box 1600
Butner, NC 27509

May 17, 2005

The Honorable Robert E. Keeton
3130 U.S. Courthouse
1 Courthouse Way
Boston, MA 02210-3002

Re: U.S. v. Ecker, Criminal No. 89-30028-REK
    U.S. v. Ecker, Civil No. 92-298-REK

Dear Judge Keeton:

I am writing now in regards to the above referenced cases which are pending before your court. Attorneys Robby Bracerios and Neil Smith of Goodwin Procter have been asked to stop in their representations but are refusing to do so. Therefore, I am asking that you have them immediately removed from the case and enter an order dismissing both cases, with prejudice,

The Honorable Robert E. Keeton
May 17, 2005
Page two

If there are no objections from the attorney for the U.S. government. If she feels that there are still some issues that need to be addressed, I'm sure that we will be able to work through them together in reaching very quick dispositions of the cases now pending before your Court.
   Please forward a copy of this letter to the attorney for the government and thank you again for your prompt attention in addressing this emergency.

Sincerely,

John Leonard Ecker
John Leonard Ecker