UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **FCI- Butner, North Carolina.**

YOU ARE COMMANDED to have the body of __John Leonard Ecker__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __3__, on the __3rd__ floor, Boston, Massachusetts on __Wednesday, July 13, 2005__, at __2:45__ P.M. for the purpose of __A Status Conference__ in the case of   UNITED STATES OF AMERICA V.   __John Leonard Ecker__

CR Number __89-30028-REK__

And you are to retain the body of said __John Leonard Ecker__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __John Leonard Ecker__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __8th__ day of __June, 2005__.

_Senior_ UNITED STATES DISTRICT JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)