UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>JOHN LEONARD ECKER<br><br>        Defendant. | Criminal No. 89-30028-REK-1 |

## DEFENDANT JOHN LEONARD ECKER'S MOTION FOR IMPOUNDMENT UNDER LOCAL RULE 7.2

Defendant John Leonard Ecker hereby moves the Court, pursuant to Local Rule 7.2, to impound Defendants' *Ex Parte* Motion for Funding under the Criminal Justice Act. Defendant's Motion for Funding is being filed in conjunction with this motion.

The above-referenced Motion for Funding contains confidential information concerning Defendant's litigation strategy. The disclosure of the information contained in the above-referenced motion to the government or to the public would hinder the defense.

Wherefore, defendant Ecker respectfully requests that the Court impound the above-referenced motion.

        Respectfully submitted,

        JOHN LEONARD ECKER

        By his attorneys,

        /s/ Roberto M. Braceras
        Roberto M. Braceras (BBO #566816)
        Neil T. Smith (BBO #651157)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA  02109
        (617) 570-1000

DATED: July 21, 2005

## CERTIFICATE OF SERVICE

I, Neil T. Smith, counsel for John Leonard Ecker, hereby certify that on July 21, 2005, a true copy of the above document was served upon Assistant U.S. Attorney Carmody by ECF/mailing.

        /s/ Neil T. Smith
        Neil T. Smith

LIBA/1566950.1