UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>JOHN LEONARD ECKER<br><br>    Defendant. | Criminal No. 89-30028-NMG-1 |

**DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE**

Defendant John Leonard Ecker moves the Court to dismiss the indictment (the "Indictment") pending against him for more than fifteen years. As set forth more fully in the accompanying memorandum, Mr. Ecker has been held in federal custody since 1989, yet he is no closer to trial today than he was when first arrested. Since the moment of his arrest (and with no substantive change in the ensuing fifteen-plus years), Mr. Ecker has been deemed incompetent with no hope of regaining competency. The government has nevertheless detained Mr. Ecker in a state of perpetual pretrial confinement at multiple federal facilities pending a trial that will never take place. Indeed, Mr. Ecker has now been in federal prison for longer than the mandatory minimum sentence that he faces. Still, the government refuses to dismiss the Indictment, which now serves no legitimate purpose.

The Indictment is not the source of Mr. Ecker's incarceration (which is pursuant to 18 U.S.C. § 4246), but it is by no means harmless. The Indictment has prevented the transfer of Mr. Ecker to state custody for *treatment*, as Massachusetts has refused to accept custody of Mr. Ecker until the pending federal charges are resolved. Holding Mr. Ecker in federal custody for more than 15 years, with no end in sight, and with *no expectation or hope of trial*, is a violation of his constitutional right to liberty and due process.

Mr. Eckers therefore asks this Court to dismiss the Indictment, with prejudice, and order the government to transfer him to a suitable Massachusetts mental health facility with all deliberate speed.

## HEARING REQUEST

Defendant hereby requests oral argument on his motion.

Respectfully submitted,

JOHN LEONARD ECKER

By his attorneys,

/s/ Roberto M. Braceras
Roberto M. Braceras (BBO #566816)
Neil T. Smith (BBO #651157)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

DATED:  October 24, 2005

CERTIFICATE OF SERVICE

I, Neil T. Smith, counsel for John Leonard Ecker, hereby certify that on October 24, 2005, a true copy of the above document was served upon Assistant U.S. Attorney Carmody by ECF/mailing.

/s/ Neil T. Smith

Neil T. Smith

LIBA/1569197.3