A

U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

TRANSFER SUMMARY


ECKER, John
REG. #90050-038
June 14, 1999
WARD: 10-C


## IDENTIFICATION:

Mr. Ecker is a 38-year-old male who was admitted to USMCFP in April 1994. Mr. Ecker is currently under commitment pursuant to Title 18, U.S.C. Section 4246. His instant offense had been felon in possession of a firearm. He was found incompetent and non restorable, and eventually was committed under the above mentioned section.

## SIGNIFICANT FINDINGS:

Mr. Ecker has a protracted and complicated history of mental illness. He has been hospitalized in psychiatric facilities beginning in 1974. He was first admitted to McLean Hospital in Massachusetts at the age of 14, diagnosed as suffering from schizophrenia, childhood type. In 1975, he was admitted to the North Hampton Hospital having been diagnosed with explosive personality disorder. Subsequently in 1979, he was admitted to North Hampton Hospital and diagnosed as suffering from antisocial personality disorder. Since his involvement with the Bureau of Prisons, he has been hospitalized at FCI Butner, FMC Rochester, and MCFP Springfield.

Mr. Ecker's illness has been characterized by the presence of delusions, which are frequently of an erotomanic nature. He has developed erotomanic preoccupation with females in all three BOP institutions at which he has been admitted. He has believed that his interest and feelings were reciprocated and has behaved in an inappropriate manner because of these beliefs. He also has had persecutory delusions involving bizarre conspiracies, the CIA, free masons, and other entities. Mr. Ecker has made written threats to one of the persons he was preoccupied with in the past, and also has made written threats to other persons, including his half-brother more recently.

Another focus of Mr. Ecker's delusional attention has been the alleged involvement of a female who was briefly in training at USMCFP, whom he believed worked for the CIA and whom Mr. Ecker believes was involved in the disappearance of three women (a case much publicized in Springfield) which occurred a number of years back. He also expressed a belief that one of the correctional officers at this institution had murdered this lady and had put a piece of her panties on his cell window in order to taunt him.


Carlos J. Tomelleri, M.D., Staff Psychiatrist                                June 14, 1999

ECKER, John                                                                  REG. #90050-038

SENSITIVE - LIMITED OFFICIAL USE          F. O. I. EXEMPT

Page 2 - Transfer Summary
USMCFP - Springfield, MO

Mr. Ecker has also complained of depressive symptomatology intermittently and has also developed a number of hypochondriacal preoccupations. Approximately a year ago, he started being preoccupied with difficulty swallowing and with complaints that indicated to him he had cancer of the throat. He also was preoccupied with his heart beating faster than what he thought would be acceptable.

During his most recent erotomanic episode, Mr. Ecker appeared convinced that he was engaged to a nurse. He had proposed marriage to her and felt this was perfectly appropriate. He became preoccupied with thoughts of marrying her and being involved sexually with her.

Physical examination revealed no significantly abnormal findings.

Laboratory data revealed a normal CBC, chem profile, a negative RPR, a negative hepatitis B panel, and a negative HIV. Urinalysis was within normal limits. Thyroid function tests were within normal limits. Cholesterol had been slightly elevated at 217. The most recent lipid profile dated in April 1999 was within normal limits. EKG was within normal limits.

### TREATMENT RENDERED:

During his stay at USMCFP, Mr. Ecker has been treated with a variety of psychotropic medications. He initially was on a regimen of Perphenazine, Trazodone, and Sertraline. His delusions were still manifest under this medication regimen. Mr. Ecker later became increasingly uncooperative with treatment and eventually underwent a new due process hearing to be treated on an involuntary basis. This was held in September 1997. Mr. Ecker was started on Olanzapine with incomplete results since his agitation and delusional thinking persisted. A trial of Risperidone did not afford satisfactory control of his symptoms. In addition to this, he had become concerned and preoccupied with his inability to ejaculate. He was subsequently placed on po Haloperidol and developed an elaborate system to simulate taking the medication while disposing of it. He finally was placed on parenteral Haloperidol, and has been maintained for approximately one year on 100 mg Haldol Decanoate every three weeks. Trihexyphenidyl 8 mg a day and Propranolol 100 mg daily (in divided doses) was added to help with potential EPS and complaints of akathisia.

Since being on Haldol Decanoate, Mr. Ecker has shown a significant change in his thinking and in his behavior. He does not appear preoccupied with delusions, he does not behave in an inappropriate fashion, he has been far more cooperative and less somatically preoccupied. All of this has allowed his transfer to a semi-open unit where he has resided for approximately six months without any significant difficulty.

Mr. Ecker had several consultations during his stay at USMCFP. He was seen in Neurological consultation complaining of weakness pf the right hand. MRI showed no

Carlos J. Tomelleri, M.D., Staff Psychiatrist                                              June 14, 1999

ECKER, John                                                                                REG. #90050-038

SENSITIVE - LIMITED OFFICIAL USE                                      F. O. I. EXEMPT

Page 3 - Transfer Summary
USMCFP - Springfield, MO

brain abnormalities. He was followed and treated in physical therapy with full recovery. His performance was inconsistent, giving rise to the suspicion that there was no organic cause for his weakness in the right hand.

He was seen in consultation by the ENT Specialist who performed a fiberoptic laryngoscopy, which was within normal limits.

He was seen, as mentioned previously, by the Urologist who found the problem was retrograde ejaculation.

He was seen by the Surgical consultant complaining of anal pain and rectal bleeding. A small fissure was evident, and a small anal ulcer was eventually found. He was treated with Nitroglycerin ointment for this fissure.

He was also seen for nasal allergies and was prescribed Beconase.

### CONDITION ON DISCHARGE:

Mr. Ecker is alert, calm, cooperative, and exhibiting no inappropriate behavior. He does not appear preoccupied with delusions. He complains of feeling *"lazy"*. He attributes this to the medication. He lacks insight into his illness and does not believe the medication has helped his condition.

### FINAL DIAGNOSIS:

Axis I:      Paranoid schizophrenia.

Axis II:     Antisocial personality disorder.

Axis III:    Anal fissure, healed.
             History of nasal allergies.

### RECOMMENDATIONS (to include Instructions to Patient):

Mr. Ecker is to be transferred to FMC Fort Devins.

He is on a regular diet. There are no restrictions on work or travel, and no special appliances are required.

It is recommended he continue on Haloperidol Decanoate 100 mg IM every three weeks, Trihexyphenidyl 2 mg q.i.d., Propranolol 40 mg in the morning, 40 mg at noon, and 20 mg in the evening. He is to also continue Benadryl 100 mg h.s. prn. Haloperidol 5 mg IM

Carlos J. Tomelleri, M.D., Staff Psychiatrist                                June 14, 1999

ECKER, John                                                                  REG. #90050-038

SENSITIVE - LIMITED OFFICIAL USE        F. O. I. EXEMPT

Page 4 - Transfer Summary
USMCFP - Springfield, MO

every four hours prn and Benadryl 50 mg po q 6 h are also ordered for agitation and for extrapyramidal side effects, as well as Cogentin 2 mg IM times one in 24 hours prn. He is also on Prevacid 30 mg h.s.

He is to be followed psychiatrically and medically at FMC Fort Devins.

Carlos J. Tomelleri, M.D.
Staff Psychiatrist

CJT/la
D: 06-14-99
T: 06-15-99
REV: 06-23-99

Carlos J. Tomelleri, M.D., Staff Psychiatrist

ECKER, John

June 14, 1999

REG. #90050-038

SENSITIVE - LIMITED OFFICIAL USE       F. O. I. EXEMPT