C

C-49167
KW
11-3-82

## The Commonwealth of Massachusetts
### SUPERIOR COURT PROBATION SERVICE

INITIAL INTERVIEW BY: Mary-Ellen Saracco
FIELD INVESTIGATION BY: 
DATE AND PLACE OF INTERVIEW: April 14, 1975
CO-DEFENDANTS, IF ANY: 
REPRESENTED BY ATTY: Hurley

OFFICE FILE NO.

| LAST NAME | FIRST NAME | INITIAL | ALIAS OR NICKNAME |
|---|---|---|---|
| ECKER, Jr. | LEONARD | J. | |

| STREET ADDRESS | DATE OF BIRTH | PLACE OF BIRTH | COLOR | REL | MARITAL STATUS |
|---|---|---|---|---|---|
| 4 Tall Timber Drive | 8-5-60 | Springfield, Ma | Wht | Cath | Single |

| CITY | STATE | ZIP CODE | HEIGHT | WEIGHT | COMP. | EYES | HAIR | SCARS OR OTHER IDENT. NO. |
|---|---|---|---|---|---|---|---|---|
| Wilbraham | Mass | 01095 | 5-7 | 130 | Fair | Blue | Brown | birthm right hand |

| TELEPHONE NO | DRIVER LIC. NO. | SOC. SEC. NO. | MASS. BUR. OF IDENT. NO. | F.B.I. NO. | OTHER IDENT. NO. |
|---|---|---|---|---|---|
| 596-9079 | none | | | | |

| CITIZEN | DATE ENTERED U.S. | DATE-PLACE FIRST PAPERS | DATE-PLACE FINAL PAPERS | CITIZEN BY NATURALIZATION OF PARENTS |
|---|---|---|---|---|
| yes | | | | |

### FAMILY HISTORY

**Father**  Leonard Ecker, age fifty-one. He resides at 4 Tall Timber Drive, Wilbraham and is a college professor (marketing) at Western New England College.

**Mother**  Irene (Drouse) Ecker, age forty-two. She resides at 4 Tall Timber Drive, Wilbraham and is a housewife.

**Brothers**  Mark Ecker, age thirteen. He is living with his parents and is a student.

Arlen Ecker, age eleven. He is living with his parents and is a student.

**Sister**  Jennie Ecker, age nine. She is living with her parents at 4 Tall Timber Drive, Wilbraham and is a student.

### EDUCATION

Subject is presently being tutored at Community Care Center provided by Minnechaug Regional High School. Subject claims to have attended Minnechaug Regional High School from 1974 to the present time.

Subject claims to have attended Wilbraham Junior High, Stoney Hill Road, Wilbraham from 1972 to 1974.

From 1970 to 1972, subject claims to have attended Soule Road School, Soule Road, Wilbraham.

Subject claims to have attended Memorial School, Main Street, Wilbraham from 1969 to 1970.

Subject claims to have attended Mile Tree School, ___ in Street, Wilbraham from 1966 to 1969.

From 1964 to 1966, subject claims to have attended Tiffany School, Tiffany Street, Springfield.

Subject states he was suspended for truancy from Junior High.

## MARITAL HISTORY

Subject states he has never been married nor is the father of any children.

## HOME AND NEIGHBORHOOD

Subject lives in a one family home owned by his parents in a suburban neighborhood. He pays no room and board and occupies eight rooms with five other persons. He has lived at 4 Tall Timber Drive, Wilbraham with his family from 1967 to the present time.

Subject lived with his family at Bennington Street, Springfield from 1960 to 1967.

Subject states he has always resided with his family and parents.

## RELIGION

Subject states he is a Lutheran and never attends services.

## INTERESTS AND LEISURE TIME ACTIVITIES

Subject enjoys outdoor sports especially baseball, football hockey and ping pong. He also enjoys reading the newspaper and watching television.

## PHYSICAL HEALTH

He reports to be in good physical health, has had no major accidents, illnesses or surgery. Subject claims to have used no illegal drugs and is on no prescribed medication. He smokes one package of cigaretts daily. States he drinks rarely with his family.

## MENTAL AND EMOTIONAL HEALTH

Subsequent to school difficulties, defendent was seen at several agencies. Northampton State Hospital, McClean, Springfield Community Care Center and court psychiatrist, Dr. Ambuson.

## EMPLOYMENT

Subject has no employment history.

## MILITARY SERVICE

Subject has never been in military service.

FINANCIAL CONDITION

Subject states he has a financial obligation to the Ludlow Savings Bank for his college education.

He claims to have no other assets or obligations.

SUMMARY

Subject is the eldest of four children born to Leonard and Irene (Drouse) Ecker. Subject's father is a professor at Western New England College.

Subject attended local public schools until November 1974 when as a result of emergency C.E.T. findings and involuntary commitment procedures initiat by parents he was placed at McLean Hospital, Belmont, Mass. Prior to this a school report from A.B. Beal School where subject was a student in kindergarten and first grade reported the following: "Much absence in kinder garden and grade one due to illness...blood condition a/or asthmatic attacks responsible for poor physical stamina. Shy, quiet, retiring child No school reports were returned to this office for the ensuing grades unti he entered Minnechaug High School, Wilbraham in September 1974. These report: "Leonard is a boy of above average intelligence whose basic skills i reading, arithmatic, spelling and handwriting are developed to at least average level for his age." Results of Otis Mental Ability Test reveal an I.Q. of 109 (tested 10/71).

Two months later upon entering high school, subject was placed in McClean Hospital on October 24, 1974 as a result of school problems, with subject including setting two fires in school, attempting to fire a neighbor's car in a driveway and threatening parents, neighbors and friends.

Following his first day at McClean they reported that he was disruptive, set three fires, had seriously damaged one room and considered him homicidal (as reported to P.O. McKelligott, Palmer District Court). Continual contact with McLean by McKelligott indicated that they found him potentially dangerous to himself and others. As a result of this and the fact that Eker's hospitalization coverage expired on December 25, 1974, subject was transferred to Northampton State Hospital on December 27, 1974 During the full month of treatment at McLean it was reported that subject' parents were manipulative, uncooperative and ambivalent.

On December 28, 1974 subject "escaped" from Northampton State Hospital with the "assistance" of his parents. His parents denied knowledge of thi and refused to let anyone know of their son's whereabouts. Finally on March 20, 1975 a neighbor informed the police that he had seen subject ent his parents home. After having been refused admittance to the Ecker home, police came with a search warrant and, searching the house, found subject in a crawl space in the attic. Subject had a six inch hunting knife and lunged at the police officer, resulting in an injury inflicted upon his mother - lacerated finger requiring ten sutures.

On March 21, 1975 subject was again before the courts and ordered to under a twenty day exam at Northampton State Hospital as suggested by court psychiatrist.

Court psychiatrist noted "boy is explosive and uncontrollable...either schizophrenic or suffering from severe long-standing character disorder... should be hospitalized in secure setting. His parents are unreliable, uncooperative, and seem to have had seriously damaging effects on the boy."

After six days at Northampton State Hospital subject was returned to the courts having been found competent to stand trial. Northampton State Hospital suggested out-patient therapy for subject and family.

At the time of this interview, April 14, 1975, subject is now attending the Community Care Program with his parents and is being tutored through Minnechaug Regional High School.

Investigation by                    Mary-Ellen Saracco, Probation Officer

                                    Bernard J. Smyth, Chief Probation
                                                Officer

ejb