John Leonard Ecker
Reg. No. 90050-038
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

October 10, 2005

The Honorable Robert E. Keeton
Senior U.S. District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re: <u>U.S. v. Ecker</u>, criminal No. 89-30028-REK
<u>Ecker v. Winn, et als.</u>, Civ-02-10170-REK

Dear Judge Keeton:

Please put a stop to Dr. Lucking and the authorities at FMC Butner from involuntarily medicating me in contempt of your July 14, 2005 ruling in which you stated in open court that I was not required to submit to force medication. The treatment regimen initiated by Drs. Lucking and Jean Zula

The Honorable Robert E. Keeton
Page two
October 10, 2005

at FMC Butner is illegal, harmful, not clinically indicated, works against **God**'s will and intent, is an attempt to derail intentions to be married and reproduce (have a family), and to be immediately released.

Please reverse your July 14, 2005 ruling declaring me incompetent or at least hold a rehearing on this whole case. I was devastated by your July 14 ruling as I had anticipated a finding that I was competent, a quick disposition to the case, and being able to walk out of the Courthouse with Brandi Katz and to be joined in holy matrimony.

Prior to the hearing, I had been incommunicado and hadn't the opportunity to confer with counsel. As you will remember, there was also the question over whether I had had contact with the FBI who have exculpatory information and evidence. In fact, I did have contact with Mr. William Hoover and Chris Schwecker of the Boston, Massachusetts and Charlotte, North Carolina offices, respectively, weeks prior to the hearing pertaining to criminal activities in North Carolina and Massachusetts.

The Honorable Robert E. Keeton
Page three
October 10, 2005

One day before the hearing, July 13, 2005, I met with a person who identified himself as "FBI Agent John Starling" who, I later learned, was a security guard at the Essex County Correctional Facility in Middleton, Massachusetts by the name of Deputy Center.

I have now been in contact with Jane Heffner of the FBI in Worcester who should now be in a position to help. I was in contact with her about the hearing, criminal activities at Middleton, some of which involved Brandi Luz, and events here at Butner.

WHEREFORE, I pray that you grant the following or such other or further relief as you deem just and proper in the circumstances:

A. Deliver a copy of this letter with an order to both attorneys of record to investigate the merits of the allegations herein stated.

B. Deliver a copy of this motion with an order to the attorney of record for the Government to investigate the merits of the allegations herein stated.

The Honorable Robert E. Keeton
Page Four
October 10, 2005

   C. That a rehearing on the issue of competency and disposition of the case be immediately rescheduled, absent a reversal of your July 14, 2005 ruling.

   D. That arrangements be made for my immediate release and formal wedding ceremony.*

   E. That all records in this case be sealed.

                Respectfully submitted,

                John Leonard Ecker
                John Leonard Ecker

*Note: While incommunicado, I managed to get a message out to a privately retained attorney and authorized, instructed, and asked him to process the marriage certificate(s) and related documents for Brandi Kaz and I to be married. That attorney's name is David F. Mister of Timonium, MD. He can be reached at: (410) 561-3000. I asked him to do this because I was unable to attend a formal ceremony and because we needed each other and also because she (Brandi) was being used by prisoners and others like a piece of meat. J.L.E.