UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>JOHN LEONARD ECKER<br><br>Defendant. | Criminal No. 89-30028-NMG-1 |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(B)(3), defendant John Leonard Ecker moves the Court for leave to file a reply in response to the government's opposition to defendant's Motion to Dismiss Indictment with Prejudice.  Mr. Ecker's proposed Reply is attached to this motion as Exhibit A.  Mr. Ecker seeks leave to submit this reply to respond to newly presented factual and legal arguments raised in the government's Opposition to defendant's Motion, as well as to correct misstatements of law and fact contained in those documents.  Mr. Ecker believes that the submission of a brief reply will assist the Court in deciding the issues presented by defendant's pending Motion to Dismiss the Indictment.

Respectfully submitted,

JOHN LEONARD ECKER

By his attorneys,

/s/ Roberto M. Braceras
Roberto M. Braceras (BBO #566816)
Neil T. Smith (BBO #651157)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

DATED:  January 24, 2006

CERTIFICATE OF SERVICE

I, Neil T. Smith, counsel for John Leonard Ecker, hereby certify that on January 24, 2006, a true copy of the above document was served upon Assistant U.S. Attorney Carmody by ECF/mailing.

/s/ Neil T. Smith
Neil T. Smith

LIBA/1569197.3