UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JOHN L. ECKER, )<br>)<br>Defendant, )<br>) | Criminal Action<br>No. 89-30028-NMG |

**MOTION FOR ENLARGEMENT OF TIME TO FILE THE GOVERNMENT'S
OPPOSITION TO JOHN ECKER'S RENEWED MOTION FOR
<u>TRANSFER TO THE CUSTODY OF MASSACHUSETTS</u>
(ASSENTED TO)**

Now comes the United States of America, in the above-captioned cause, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and requests an enlargement of time of two business days, until October 10, 2006, to file its Opposition to John Ecker's[1] Motion For Transfer To The Custody of Massachusetts and in support of this motion states as follows:

The motion was filed on behalf of John Ecker on September 21, 2006.

On October 2, 2006, the Government provided to this Court a copy of the Annual Report regarding John Ecker, that was prepared by the Federal Bureau of Prisons and sent to the Court in the District of Minnesota on September 21, 2006. The Annual Report was sent to Minnesota pursuant to 18 U.S.C. § 4247(e)(1)(B) because it was the Court in Minnesota, Magnuson, D.J.,

---

[1] In his motion, John Ecker is referred to as a defendant. Since this Court dismissed the Indictment in this case on March 17, 2006, he is no longer a defendant. He is, as the Court noted in its Memorandum and Order, civilly committed and held in the custody of the Attorney General pursuant to 18 U.S.C.§ 4246. The United States will not, therefore, refer to Mr. Ecker as a defendant.

that committed Mr. Ecker to the custody of the Attorney General pursuant to 18 U.S.C. § 4246.

The United States Attorney's Office has been, and is still, gathering information relevant and responsive to the allegations in the motion filed on behalf of Mr. Ecker. All of the information sought has not yet been received.

During the time required to prepare the response to this motion, the undersigned Assistant U.S. Attorney has also been required to respond to court and other deadlines in other pending criminal matters.

For these reasons, the United States requires two additional business days to finalize its opposition to this motion, until October 10, 2006.

Counsel have conferred pursuant to L.R. 7.1 and Attorney Braceras for Mr. Ecker has assented to this motion.

Wherefore, for all the foregoing reasons, the United States requests that the Court to enlarge the time for the United States to file its Opposition to the Renewed Motion For Transfer To The Custody of Massachusetts.

                Respectfully Submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Mary Elizabeth Carmody

                MARY ELIZABETH CARMODY
                Assistant U.S. Attorney
                U. S. Attorney's Office
                John Joseph Moakley
                United States Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA  02210
                (617) 748–3290

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

I hereby certify that on October 5th, 2006, I conferred with the attorneys of record for John Ecker by telephone to confer regarding the issues presented in this motion. Counsel for Mr. Ecker assented to this motion.

                                                     /s/ Mary Elizabeth Carmody
                                                   MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by ECF/mailing a copy of same in an envelope bearing sufficient postage for delivery to:

    Robert Braceras, Esq.
    Goodwin Proctor, LLP
    Exchange Place
    53 State Street
    Boston, MA 02109

This 5th day of October 2006.

                                                   /s/ Mary Elizabeth Carmody
                                                 MARY ELIZABETH CARMODY
                                                 Assistant United States Attorney