# EXHIBIT A



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

**MITT ROMNEY**
*Governor*

**KERRY HEALEY**
*Lieutenant Governor*

**TIMOTHY R. MURPHY**
*Secretary*

**ELIZABETH CHILDS, M.D.**
*Commissioner*

(617) 626-8000
TTY (617) 727-9842
www.state.ma.us/dmh

October 18, 2006

Dwayne Walker, MSW, LCSW
U.S. Department of Justice
Federal Bureau of Prisons
U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

      Re:   Request to transfer under Interstate Compact on Mental Health

Dear Mr. Walker:

I have reviewed your request for transfer of Mr. John Ecker to Massachusetts under the terms of the Interstate Compact on Mental Health. At the present time, there is no Department of Mental Health facility that would be appropriate for Mr. Ecker given his clinical presentation and needs. As a result, the transfer request is denied.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Walter Polesky
Interstate Compact Coordinator