# EXHIBIT B



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

**ARGEO PAUL CELLUCCI**
*Governor*

**WILLIAM D. O'LEARY**
*Secretary*

**MARYLOU SUDDERS**
*Commissioner*

Area Code (617)
626-8000
TTY 727-9842

February 15, 2000

Michael L. Benov
Acting Warden
Federal Medical Center, Devens
PO Box 880
Ayer, MA  01432

Dear Mr. Benov,

Massachusetts will not be able to accept John Ecker under the terms of the Interstate Compact for Mental Health, as there is no appropriate program available to meet his needs.

If you have additional questions please contact me at  (617) 626-8072.  Thank you.

Sincerely,

Bobbi Spofford
Interstate Compact Coordinator



RECEIVED
FEB 16 2000
FMC DEVENS
WARDEN'S OFFICE