# EXHIBIT C

Case 1:89-cr-30028-NMG    Document 200-4    Filed 10/25/2006    Page 1 of 2



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Mental Health
Springfield Case Management
503 State Street
Springfield, Massachusetts 01109-4144

ARGEO PAUL CELLUCCI
*Governor*
WILLIAM D. O'LEARY
*Secretary*
MARYLOU SUDDERS
*Commissioner*
JAMES DUFFY, Ph.D.
*Area Director*

Area Code (413)
739-1910
TTY 747-7240
FAX 781-0736

José F. Tosado, Community Service Manager                    Gail Haggerty, Program Director

John Leonard Ecker, Reg. No. 90050-038
P.O. Box 4000
Springfield, Missouri 65801-4000

January 21, 1999

Dear Mr. Ecker,

After a careful review your application for Continuing Care Services with the Department of Mental Health we feel that the level of secure care necessary for your service provision is not available within our Department.

It might be in your best interests to contact the Department of Corrections and inquire of them the process for interstate transfer.

Sincerely,

Gail Haggerty, Director
Department of Mental Health Case Management

cc: Mark Mitchell, Deputy Area Director
    Jose Tosado, Community Services Manager
    Monique Loizzo, Intake Coordinator
    Melissa Stoll, BOP Social Worker

Serving the people of: Springfield, Longmeadow, East Longmeadow, Hampden, Wilbraham