# EXHIBIT D

**The Commonwealth of Massachusetts**
**Executive Office of Health and Human Services**
**Department Of Mental Health**
Western Massachusetts Area
P.O. Box 389
Northampton, Massachusetts 01061-0389

ARGEO PAUL CELLUCCI
*Governor*
WILLIAM D. O'LEARY
*Secretary*
MARYLOU SUDDERS
*Commissioner*
JAMES DUFFY, Ph.D.
*Area Director*

Area Code (413)
584-1644
TTY 586-6592
FAX 784-1255
(413 area code only) 1-800-282-7754

TO: Bobbi Spofford
Interstate Compact Coordinator

FROM: Jim Duffy
Area Director

DATE: October 23, 1998

RE: John L. Ecker
Reg. No. 90050-038

RECEIVED
OCT 30 1998
WARDEN'S OFFICE
USMCFP, SPRINGFIELD

The most recent request by Warden P. W. Keohane to transfer John Ecker from the Federal Medical Center in Springfield, Missouri was received and reviewed.

Since it appears that Mr. Ecker's status remains unchanged, i.e., he presents a substantial risk to others and the property of others and requires further inpatient psychiatric treatment, there is need for his placement in a long-term secure care unit.

As we have explained to Mr. Ecker previously, the Western Massachusetts Area does not have a long-term secure unit with the facilities to serve his needs. Therefore, the request for transfer must be denied at this time.

Thank you for conveying this decision to Mr. Keohane.