# EXHIBIT E



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

ARGEO PAUL CELLUCCI
*Governor*

WILLIAM D. O'LEARY
*Secretary*

MARYLOU SUDDERS
*Commissioner*

Area Code (617)
727-5500
TTY 727-9842

September 9, 1998

Mr. John Ecker
Reg. No. 90050-038
PO Box 4000
Springfield, Missouri 65801

Dear Mr. Ecker,

After reviewing the information sent with your prior request for transfer it was determined that you are still in need of continued inpatient treatment in a locked setting. None of the residential programs in Massachusetts, including Brown and Sullivan, are locked facilities. Because of this, a referral to Brown and Sullivan is not possible.

I urge you to work with your Social Worker, Melissa Stoll, on the preparation of the next scheduled referral back to Massachusetts. Any information detailing improvement from the last referral should be included. It would also be to your benefit to included more information than you have been willing to release in the past.

If you have any questions either you or your Social Worker should feel free to contact me.

Sincerely,

*Bobbi Spofford*
Bobbi Spofford
Interstate Compact Coordinator

cc: M. Stoll