# EXHIBIT F

Case 1:89-cr-30028-NMG   Document 200-7   Filed 10/25/2006   Page 1 of 2



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

ARGEO PAUL CELLUCCI
*Governor*

WILLIAM D. O'LEARY
*Secretary*

MARYLOU SUDDERS
*Commissioner*

Area Code (617)
727-5500
TTY 727-9842

April 13, 1998

Mr. John Ecker
PO Box 4000
Springfield, Missouri 65801

Dear Mr. Ecker,

I'm sorry I neglected to acknowledge receipt of your letter dated March 8, 1998. I will acknowledge receipt of any further correspondence. I did, however, forwarded it to the Western Mass Area Office to keep them up to date on your request to return to Massachusetts.

There has been no change in the denial of your request. It is still the opinion of the clinical review team that you would need to go to a specialized forensic hospital.

I again advise you to work with your social worker, Melissa Stoll, on this matter. She will reapply yearly, or as your clinical condition changes.

Sincerely,

Bobbi Spofford
Bobbi Spofford
Interstate Compact Coordinator
Massahusetts Department of Mental Health

cc: Jim Duffy
    Melissa Stoll