# EXHIBIT G



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Staniford Street*
*Boston, Massachusetts 02114-2575*

ARGEO PAUL CELLUCCI
Governor

WILLIAM D. O'LEARY
Secretary

MARYLOU SUDDERS
Commissioner

Area Code (617)
727-5500
TTY 727-9842

February 24, 1998

John Leonard Ecker
PO Box 4000
Springfield, Missouri 65801

Dear Mr. Ecker,

The Commonwealth of Massachusetts will not be able to accept your request for a transfer to a local psychiatric facility. Northampton State Hospital closed several years ago and all inpatient services are contracted with private vendors in western Massachusetts.

After review of your case by clinicians in the Western Massachusetts Area it was determined that you are not clinically ready to be transferred to a general psychiatric facility. You would need to go to a forensic facility and access to these beds is extremely limited.

Your social worker, Melissa Stoll, will reapply on your behalf for transfer on a yearly basis as required by statute. If your clinical condition changes before that time she may reapply earlier.

Sincerely,

*Bobbi Spofford*
Bobbi Spofford
Interstate Compact Coordinator

cc: James Duffy, Ph.D.
    Melissa Stoll