# EXHIBIT H

Case 1:89-cr-30028-NMG    Document 200-9    Filed 10/25/2006    Page 1 of 3



*The Commonwealth of Massachusetts*
*Executive Office of Health and Human Services*
*Department of Mental Health*
*25 Stanford Street*
*Boston, Massachusetts 02114-2575*

**ARGEO PAUL CELLUCCI**
*Governor*

**WILLIAM D. O'LEARY**
*Secretary*

**MARYLOU SUDDERS**
*Commissioner*

Area Code (617)
727-5500
TTY 727-9842

December 1, 1997

P.W. Keohane
U.S. Medical Center for Federal Prisoners
Springfield, MO 65807

Dear Mr. Keohane,

We will not be able to accept John Ecker under the terms of the Interstate Compact for Mental Health for the reasons listed in the attached letter.

If you have additional questions please contact me at (617) 727-5500, ext. 284. Thank you.

Sincerely,

Bobbi Spofford
Bobbi Spofford
Interstate Compact Coordinator

**RECEIVED**

DEC 8 1997

WARDEN'S OFFICE
USMCFP, SPRINGFIELD



**Commonwealth of Massachusetts**
**DEPARTMENT OF MENTAL HEALTH**
Western Massachusetts Area Office
P.O. Box 389
Northampton, Massachusetts 01061-0389

**Marylou Sudders**
*Commissioner*

James Duffy, Ph.D.
*Area Director*

(413) 584-1644
Fax: (413) 784-1255

TO: Bobbi Spofford

FROM: James Duffy, Ph.D.
Area Director

DATE: November 26, 1997

RE: John L. Ecker – Reg. No. 90050-038

The transfer request and other paperwork from P. W. Keohane, Warden of the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, was received and has been reviewed by the Director of Forensic Services for Western Massachusetts.

Following this review, the position of this office remains unchanged. Western Massachusetts does not have a secure state facility and has limited access to forensic beds, as we have indicated in previous letters in 1994, 1995 and 1996. It appears that Mr. Ecker's condition is unchanged since the last review and he requires strict security.

Since he requires long-term secure care, we are not in a position to accept this transfer, as we are not satisfied the Mr. Ecker is clinically ready to be transferred to a general psychiatric unit contracted for by the Commonwealth.