UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal Action |
| v. | ) | No. 89-30028-NMG |
| | ) | |
| JOHN L. ECKER, | ) | |
| | ) | |
| Defendant, | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
OPPOSITION TO JOHN ECKER'S RENEWED MOTION
FOR TRANSFER TO THE CUSTODY OF MASSACHUSETTS**
(ASSENTED TO)

Now comes the United States of America, in the above-captioned cause, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and requests leave of Court pursuant to L. R. 7.1 (B)(3), to file a Supplemental Opposition to Mr. Ecker's Motion For Transfer To The Custody of Massachusetts for the following reason:

In its Opposition, the United States advised the Court that the Bureau of Prisons had made a request to the Commonwealth of Massachusetts for transfer of John Ecker – the central issue in Ecker's motion – and was awaiting a response. The Commonwealth has responded to that request. The United States therefore wishes to advise the Court of the decision of the Commonwealth of Massachusetts regarding the transfer request.

Pursuant to L. R. 7.1 (A)(2), counsel for the Government has conferred with counsel for John Ecker. Counsel for Ecker has assented to this motion.

Wherefore, the United States requests leave of Court pursuant to L. R. 7.1 (B)(3), to file a

Supplemental Opposition to Mr. Ecker's Motion For Transfer To The Custody of Massachusetts.

                                Respectfully Submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

            By:    /s/ Mary Elizabeth Carmody

                                MARY ELIZABETH CARMODY
                                Assistant U.S. Attorney
                                U. S. Attorney's Office
                                John Joseph Moakley
                                United States Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748–3290

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by ECF/mailing a copy of same in an envelope bearing sufficient postage for delivery to:

        Robert Braceras, Esq.
        Goodwin Proctor, LLP
        Exchange Place
        Boston, MA 02109

This 26th day of October 2006.

                                /s/ Mary Elizabeth Carmody
                                _____
                                MARY ELIZABETH CARMODY
                                Assistant United States Attorney