UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN LEONARD ECKER,

Defendant.

Criminal No. 89-30028-NMG-1

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(B)(3), defendant John Leonard Ecker moves the Court for leave to file a reply in response to the government's opposition and supplemental memorandum in opposition to defendant's Renewed Motion for Transfer to the Custody of Massachusetts.  Mr. Ecker's proposed Reply is attached to this motion as Exhibit A.  Mr. Ecker seeks leave to submit this reply to respond to specific factual questions raised in the government's opposition to Defendant's Motion.  In particular, the government's primary argument, that this Court does not have jurisdiction to hear Mr. Ecker's transfer request, is inaccurate.  To the contrary, the District of Minnesota transferred Mr. Ecker's § 4246 commitment proceeding to the District of Massachusetts in 2001.  For the last five years, therefore, this Court has had jurisdiction over both Mr. Ecker's criminal complaint (now dismissed) and his ongoing 18 U.S.C. § 4246 commitment.  Despite this fact, it appears that the federal government has continued to send status updates on Mr. Ecker *to the wrong court*.  Any ambiguity or confusion as to which court actually has responsibility for Mr. Ecker proves Defendant's point:  Mr. Ecker is a forgotten man in the federal system and needs the supervision of *this* Court to ensure that the government is complying with federal law in its treatment of him.  Defendant would also like to use this Reply to respond to the government's Supplemental Memorandum in Support of its Opposition to John

Ecker's Renewed Motion for Transfer to the Custody of Massachusetts. For these reasons, and others outlined more fully in the accompanying proposed Reply, Mr. Ecker believes that the submission of a brief reply will assist the Court in deciding the issues presented by defendant's pending Motion to Transfer.

Respectfully submitted,

JOHN LEONARD ECKER

By his attorneys,

/s/ Roberto M. Braceras
Roberto M. Braceras (BBO #566816)
Neil T. Smith (BBO #651157)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

DATED:  November 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 28, 2006.

        /s/  Roberto Braceras, Esq.

LIBA/1569197.3