# EXHIBIT 3

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:01-cv-11310-NMG

United States of v. Ecker  
Assigned to: Judge Nathaniel M. Gorton  
Demand: $0  
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 07/30/2001  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of**　　　　　　　　　　　represented by **Mary Jo Madigan**  
United States Attorney's Office  
600 US Courthouse  
300 4th St. S  
Minneapolis, MN 55415  
612-664-5600  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Ecker**　　　　　　　　　　　represented by **Scott F. Tilsen**  
Federal Public Defender  
300 4th St. S  
Suite 107  
Minneapolis, MN 55415  
612-664-5858  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2001 | 1 | Original file, certified copy of transfer order and docket sheet received Service in other district on Answer filed in other court on from the District of Minnesota. Docket # in other court: 93-cv-298 (kf) (Entered: 08/01/2001) |
| 08/02/2005 |  | Case Reassigned to Judge Nathaniel M. Gorton. Judge Robert E. Keeton no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. Related criminal case #89-30028 reassigned to Judge Nathaniel M. Gorton on 8/2/05. (Folan, Karen) (Entered: 10/04/2005) |
| 09/30/2005 |  | Civil Case Terminated. (Folan, Karen) (Entered: 10/04/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2006 10:22:00 | | | |
| **PACER Login:** | gp1187 | **Client Code:** | 099997/154398 |
| **Description:** | Docket Report | **Search Criteria:** | 1:01-cv-11310-NMG |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |