# 2

CLOSED, FRC, TRANSF

# U.S. District Court
## District of Minnesota (STP)
### CIVIL DOCKET FOR CASE #: 3:93-cv-00298-PAM-JGL

USA v. Ecker
Assigned to: Senior Judge Paul A Magnuson
Referred to: Magistrate Judge Jonathan G Lebedoff
Demand: $0
Cause: 18:4246 Petition to Determine Present Mental Condition of Imprisoned Person

Date Filed: 05/10/1993
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America** represented by **Mary J Madigan**
US Attorney - Mpls
300 S 4th St Ste 600
Mpls, MN 55415
(612) 664-5600
Fax: (612) 664-5788
Email: maryjo.madigan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Ecker** represented by **Scott F Tilsen**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
(612) 664-5858
Fax: (612) 664-5850
Email: scott_tilsen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/1993 | 1 | PETITION by plaintiff for order to determine mental condition of an imprisoned person due for release ( to Magistrate Judge Jonathan G. Lebedoff ) Assigned to Judge Paul A. Magnuson per Master list and referred to Magistrate Judge Jonathan G. Lebedoff (2 pgs) (DFL) (Entered: 05/12/1993) |
| 05/10/1993 | 2 | EXHIBITS to petition [1-1] (14 pg) (DFL) (Entered: 05/12/1993) |
| 05/13/1993 | 3 | ORDER ( Magistrate Judge Jonathan G. Lebedoff / 5/13/93) that the |

| | | |
|---|---|---|
| | | court has determined that the respondent is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him (cc: all counsel) (1 pg) (DFL) (Entered: 05/13/1993) |
| 05/17/1993 | 4 | NOTICE by plaintiff of hearing setting hearing for petition motion for order to determine mental condition of an imprisoned person due for release ( to Magistrate Judge Jonathan G. Lebedoff ) [1-1] (2 pgs) (DFL) (Entered: 05/18/1993) |
| 06/17/1993 | 5 | MOTION by defendant to dismiss petition (to Magistrate Judge Jonathan G. Lebedoff) (1 pg) (DFL) (Entered: 06/21/1993) |
| 06/17/1993 | 6 | MEMORANDUM by defendant in support of motion to dismiss petition [5-1] (14 pgs) (DFL) (Entered: 06/21/1993) |
| 07/09/1993 | 7 | MEMORANDUM by plaintiff in support of petitionfor order to determine mental condition of an imprisoned person due for release [1-1] (16 pgs) (DFL) (Entered: 07/12/1993) |
| 07/12/1993 | 8 | CERTIFICATON OF ATTORNEY FOR PLAINTIFF that certain original transcript be filed (2 pgs) (DFL) (Entered: 07/13/1993) |
| 07/12/1993 | 9 | TRANSCRIPT OF hearing held 6/25/93 ( Carney & Associates) (Separate) (DFL) (Entered: 07/13/1993) |
| 07/16/1993 | 10 | MEMORANDUM by defendant in opposition to petition [1-2] for commitment (50 pgs) (DFL) (Entered: 07/20/1993) |
| 07/26/1993 | 11 | REPLY by plaintiff to defendant's memorandum [10-1] in opposition to petition for commitment (7 pgs) (DFL) (Entered: 07/27/1993) |
| 07/28/1993 | 12 | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (1 pg) (DFL) (Entered: 07/28/1993) |
| 07/29/1993 | 13 | RESPONSE by defendant to government's reply [11-1] to defendant's memorandum (2 pgs) (DFL) (Entered: 07/30/1993) |
| 08/09/1993 | 14 | REPORT AND RECOMMENDATION( to Judge Paul A. Magnuson ) ( Magistrate Judge Jonathan G. Lebedoff / 8/9/93) that petitioner's petition to determine present mental condition of an imprisoned person due to release be granted and respondent's motion tod ismiss be denied (cc: all counsel) (15 pgs) (DFL) (Entered: 08/09/1993) |
| 08/25/1993 | 15 | ORDER ( Judge Paul A. Magnuson / 8/24/93) that the time for filing objections to the Report and Recommendation is extended to and including 8/30/93 (cc: all counsel) (1 pg) (DFL) (Entered: 08/25/1993) |
| 08/31/1993 | 16 | OBJECTIONS AND MEMORANDUM IN SUPPORT by defendant to Report and Recommendation [14-1] (27 pgs) (DFL) (Entered: 09/02/1993) |
| 09/10/1993 | 17 | REPLY by plaintiff to report & recommendation objection [16-1] (7 pgs) (DFL) (Entered: 09/13/1993) |
| 10/19/1993 | 18 | ORDER ( Judge Paul A. Magnuson / 10/16/93) affirming the Report and |

| | | |
|---|---|---|
| | | Recommendation of the Magistrate Judge [14-1] granting plaintiff's petition for order to determine mental condition of an imprisoned person due for release [1-1] [5-1] termination notice (cc: all counsel) (2 pgs) (DFL) (Entered: 10/19/1993) |
| 10/19/1993 | 19 | JUDGMENT entered (1 pg) (DFL) (Entered: 10/19/1993) |
| 10/22/1993 | 20 | NOTICE OF APPEAL by defendant John Ecker from Judge Paul A. Magnuson decision [18-2] dtd. 10/16/93. No filing fee required court appointed PD on 5/13/93. (2pgs.) (LEG) (Entered: 10/25/1993) |
| 10/25/1993 | | DELIVERED TWO CERTIFIED and one uncertified copy of each of the following to the Court of Appeals, St. Paul Office: Notice of Appeal, Order, Judgment and District Court Clerk's Docket Entries. Copy of Notice of Appeal mailed to counsel (LEG) (Entered: 10/25/1993) |
| 11/04/1993 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 93-3651MNST as to docket #20. (LEG) (Entered: 11/04/1993) |
| 04/04/1994 | 21 | CERTIFIED COPY of USCA Order: Appellee's application to allow transfer of the appellant pending appeal has been considered by the Court and is hereby granted. (1pg.) (Notice to counsel) (LEG) (Entered: 04/04/1994) |
| 09/07/1994 | 22 | CERTIFIED COPY OF OPINION FROM USCA ( Loken) ( Bright) ( Weis) - J; filed 7/21/94 affirming the decision of the District Court, MANDATE ISSUED 9/1/94 [20-1] (10pgs.) (cc: All Counsel) (LEG) (Entered: 09/07/1994) |
| 09/07/1994 | 23 | CERTIFIED COPY of JUDGMENT from USCA that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. MANDATE ISSUED 9/1/94 (Notice to Counsel) (1pg.) (LEG) (Entered: 09/07/1994) |
| 10/20/1994 | 24 | MOTION by defendant for hearing and order for discharge by a person committed (to Chief Judge Paul A. Magnuson) (3 pgs) (DFL) (Entered: 10/21/1994) |
| 11/25/1994 | 25 | COPY OF NOTICE OF FILING PETITION FOR CERTIORARI on 11/7/94. (PAK) (Entered: 11/25/1994) |
| 12/02/1994 | 26 | RESPONSE by plaintiff to motion for hearing and order for discharge by a person committed [24-1] (2 pgs) (DFL) (Entered: 12/06/1994) |
| 12/21/1994 | 27 | NOTICE from US Court of Appeals that an order of the U.S. Supreme Court has been filed denying certiorari in this case. (PAK) (Entered: 12/21/1994) |
| 01/30/1995 | 28 | ORDER (Chief Judge Paul A. Magnuson / 1/28/95) denying motion for hearing and order for discharge by a person committed [24-1] (cc: all counsel) (2 pgs) (DFL) (Entered: 01/31/1995) |
| 03/24/1995 | 29 | MOTION by defendant for hearing for order of discharge (to Chief Judge Paul A. Magnuson) (5 pgs) (DFL) (Entered: 03/27/1995) |

| | | |
|---|---|---|
| 04/10/1995 | 30 | ORDER (Chief Judge Paul A. Magnuson / 4/7/95) denying motion for hearing for order of discharge [29-1] (cc: all counsel) (2 pgs) (DFL) (Entered: 04/10/1995) |
| 04/28/1995 | 31 | MOTION by defendant for order for transfer (to Chief Judge Paul A. Magnuson) and other requests (with attachments) (1+ pgs) (withdrawn per order by Judge Magnuson filed 5/3/95 and mailed back to Mr. Ecker) (DFL) Modified on 05/04/1995 (Entered: 05/02/1995) |
| 05/03/1995 | 32 | ORDER (Chief Judge Paul A. Magnuson / 5/3/95) denying motion for order for transfer and for fingerprint and handwriting analysis [31-1] and the clerk of court shall return to John Ecker the items submitted with his request, which are letter to Judge Magnuson, statement of John Ecker and Wall Street Journal with writing on page C13 (cc: plaintiff) (2 pgs) (DFL) (Entered: 05/04/1995) |
| 08/10/1995 | 33 | MOTION by defendant for order for videotaped record (to Chief Judge Paul A. Magnuson) (1 pg) (DFL) (Entered: 08/11/1995) |
| 08/10/1995 | 34 | MOTION by defendant for appointment of counsel (to Chief Judge Paul A. Magnuson) (2 pgs) (DFL) (Entered: 08/11/1995) |
| 09/05/1995 | 35 | PETITION by counsel for defendant for order for video tape record of defendant's annual interview, Re: his psychiatric condition (to Magistrate Judge Jonathan G. Lebedoff) (1 pg) (DFL) (Entered: 09/06/1995) |
| 09/07/1995 | 36 | APPLICATION by deft for order to obtain expert services ( to Magistrate Judge Jonathan G. Lebedoff ) . (2pgs) (CJF) (Entered: 09/07/1995) |
| 09/22/1995 | 37 | RESPONSE by plaintiff to petition motion for order for video tape record of defendant's annual interview, Re: his psychiatric condition [35-1] (14 pgs) (DFL) (Entered: 09/25/1995) |
| 10/11/1995 | 38 | ORDER (Chief Judge Paul A. Magnuson / 10/11/95) denying motion for order to obtain expert services [36-1] denying motion for order for video tape record of defendant's annual interview, Re: his psychiatric [35-1] denying petition motion [35-2] denying motion for appointment of counsel [34-1] denying motion for order for videotaped record [33-1] (cc: all counsel) (3 pgs) (DFL) (Entered: 10/12/1995) |
| 01/08/1996 | 39 | MOTION by plaintiff for order requesting videotaping of phychiatric evaluation (to Chief Judge Paul A. Magnuson) (1 pg) (DFL) (Entered: 01/10/1996) |
| 01/11/1996 | 40 | ORDER (Chief Judge Paul A. Magnuson / 1/11/96) denying motion for order requesting videotaping of phychiatric evaluation [39-1] (cc: all counsel) (2 pgs) (DFL) (Entered: 01/12/1996) |
| 01/17/1996 | 41 | ORDER TO THE US BUREAU OF PRISONS (Chief Judge Paul A. Magnuson / 1/10/96) that a videotape record be made of John Ecker's testimony or interview upon which any report is based relating to his competency to stand trial or his need for continuing hospitalization (cc: all counsel) (1 pg) (DFL) (Entered: 01/18/1996) |
| | | |

| | | |
|---|---|---|
| 09/05/1996 | 42 | MOTION by deft to video tape annual review ( to Chief Judge Paul A. Magnuson ). (1pg) (CJF) (Entered: 09/06/1996) |
| 09/09/1996 | 43 | ORDER TO THE WARDEN AT THE FEDERAL MEDICAL CENTER IN SPRINGFIELD, MISSOURI (Chief Judge Paul A. Magnuson / 9/9/96) that you are ordered to permit the defendant's expert Dr. Kenneth Bustin to enter the FMC at Springfield, Missouri for the purpose of a psychological evaluation of John Leonard Ecker register Number: 90050-038, who is currently in your care and custody and to further have such necessary access to the aforesiad John Leonard Ecker and files and records pertaining to him. This order to enter is subject to the ordinary rules and regulations of the institution relating to advance notice and time (cc: all counsel) (1 pg) (DFL) (Entered: 09/09/1996) |
| 09/09/1996 | | Mailed certified copy of order to the Warden of the FMC at Springfield, MO (DFL) (Entered: 09/09/1996) |
| 09/09/1996 | 44 | MOTION by defendant for order (to Chief Judge Paul A. Magnuson) (1 pg) (DFL) (Entered: 09/10/1996) |
| 09/12/1996 | 45 | ORDER ( Chief Judge Paul A. Magnuson / 9/11/96) that John Leonard Ecker's motion to Video Tape Annual Review and Other Relief is GRANTED IN PART AND DENIED IN PART; Ecker's motion to Video Tape Annual Review is DENIED; and Ecker's motion for Other Relief is GRANTED. Ecker's atty, Scott Tilsen, shall be provided with copies of written reports concerning any and all annual reviews relating to Ecker conducted at the Federal Medical Center in Springfield, MO. [42-1] (cc: all counsel) 2pgs (PAK) (Entered: 09/12/1996) |
| 12/31/1996 | 46 | ORDER ( Chief Judge Paul A. Magnuson / 12/31/96) deft's petition for dismissal of appointed counsel is denied. (cc: all counsel) 1pg (VEM) (Entered: 01/03/1997) |
| 02/11/1997 | 47 | MOTION by defendant for hearing for discharge. ( to Chief Judge Paul A. Magnuson ) 1pg (VEM) (Entered: 02/12/1997) |
| 02/11/1997 | 48 | MEMORANDUM by defendant in support of motion for hearing for discharge. [47-1] 3pgs (VEM) (Entered: 02/12/1997) |
| 02/18/1997 | 49 | LETTER to Patricia Canjemi AUSA from defendant re: being detained. 1pg (VEM) (Entered: 02/19/1997) |
| 02/18/1997 | 50 | LETTER to Chief Judge Magnuson from defendant re: being detained. 1pg (VEM) (Entered: 02/19/1997) |
| 02/28/1997 | 51 | REPLY by plaintiff to motion for hearing for discharge [47-1] (2 pgs) (DFL) (Entered: 03/04/1997) |
| 02/28/1997 | 52 | DECLARATION of Wonam Hahn re reply [51-1] (7 pgs) (DFL) (Entered: 03/04/1997) |
| 02/28/1997 | 53 | DECLARATION of Georgina Totten re reply [51-1] (3 pgs) (DFL) (Entered: 03/04/1997) |
| | | |

| Date | No. | Entry |
|---|---|---|
| 04/02/1997 | 54 | REPLY by defendant to reply [51-1] (6 pgs) (DFL) (Entered: 04/17/1997) |
| 04/25/1997 | 55 | DECLARATION of Malissa Stoll. 1pg (VEM) (Entered: 04/25/1997) |
| 06/13/1997 | 56 | LETTER from plaintiff with original 6/9/97 letter to Judge Magnuson (2 pgs) (DFL) (Entered: 06/16/1997) |
| 06/20/1997 | 57 | AFFIDAVIT of John Leonard Ecker. 2pgs (VEM) (Entered: 06/20/1997) |
| 06/20/1997 | 58 | AFFIDAVIT of John Leonard Ecker. 1pg (VEM) (Entered: 06/20/1997) |
| 06/20/1997 | 59 | AFFIDAVIT of John Leonad Ecker. 2pgs (VEM) (Entered: 06/20/1997) |
| 06/20/1997 | 60 | AFFIDAVIT of John Leonad Ecker. 2pgs (VEM) (Entered: 06/20/1997) |
| 06/20/1997 | 61 | AFFIDAVIT of defendant (2 pgs) (DFL) (Entered: 06/25/1997) |
| 06/20/1997 | 62 | AFFIDAVIT of defendant (1 pg) (DFL) (Entered: 06/25/1997) |
| 06/20/1997 | 63 | AFFIDAVIT of defendant (2 pgs) (DFL) (Entered: 06/25/1997) |
| 06/20/1997 | 64 | AFFIDAVIT of defendant (2 pgs) (DFL) (Entered: 06/25/1997) |
| 06/27/1997 | 65 | AFFIDAVIT of defendant (2 pgs) (DFL) (Entered: 06/28/1997) |
| 07/02/1997 | 66 | MEMORANDUM & ORDER ( Chief Judge Paul A. Magnuson / 7/2/97) that John Leonard Ecker's motion for hearing for discharge is denied. [47-1] (cc: all counsel) 7pgs (VEM) (Entered: 07/02/1997) |
| 07/14/1997 | 67 | NOTICE OF APPEAL by John Ecker from Chief Judge Paul A. Magnuson Order dated 7/2/97.[66-1] No payment or IFP. 2pgs (VEM) (Entered: 07/18/1997) |
| 07/18/1997 |  | DELIVERED TWO CERTIFIED and one uncertified copy of each of the following to the Court of Appeals, St. Paul Office: Notice of Appeal, Order, Judgment and District Court Clerk's Docket Entries. Copy of Notice of Appeal mailed to counsel (VEM) (Entered: 07/18/1997) |
| 07/28/1997 |  | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 97-3009 MNST appeal filed 7/14/97 doc #67. (VEM) (Entered: 07/28/1997) |
| 10/06/1997 | 68 | MOTION by USA for an order authorizing release of records. ( to Chief Judge Paul A. Magnuson ) 3pgs (VEM) (Entered: 10/06/1997) |
| 10/06/1997 | 69 | DECLARATION of Melissa Stoll, LCSW re motion for an order authorizing release of records. [68-1] 2pgs (VEM) (Entered: 10/06/1997) |
| 10/07/1997 | 70 | ORDER ( Chief Judge Paul A. Magnuson / 10/6/97) i that the recoreds of deft may be released by agents of the BOP to the Interstate Compact Coordinator for the State of Massachusetts. [68-1] (cc: all counsel) 1pg (VEM) (Entered: 10/08/1997) |
| 03/30/1998 | 71 | ORDER ( Chief Judge Paul A. Magnuson / 3/27/98) that deft's request for represent himself is denied. (cc: all counsel) 1pg (VEM) (Entered: |

| | | |
|---|---|---|
| | | 03/31/1998) |
| 07/20/1998 | 72 | CERTIFIED COPY OF OPINION FROM USCA ( Fagg) ( Bright) ( Beam) - J; filed 6/15/98 that the decision of the District Court [67-1] in this cause is affirmed in accordance with the opinion of this Court. (cc: All Counsel) (VEM) (Entered: 07/20/1998) |
| 07/20/1998 | 73 | CERTIFIED COPY of judgment from USCA MANDATE ISSUED 6/15/98 (Notice to Counsel) (VEM) (Entered: 07/20/1998) |
| 05/16/2000 | 74 | ORDER ( Chief Judge Paul A. Magnuson / 5/16/00) that Defendant's letter of 4/30/00 is treated as a motion; and Defendant's motion is DENIED. (1 pgs) (cc: all counsel) (MKC) (Entered: 05/18/2000) |
| 06/19/2000 | 75 | ORDER ( Chief Judge Paul A. Magnuson / 6/19/00) that defendant's letter of 6/4/00 is treated as a motion for reconsideration and defendant's motion for reconsideration is denied 1pg(s) (cc: all counsel) (DFL) (Entered: 06/21/2000) |
| 12/04/2000 | 76 | MOTION by defendant to change venue and suggestions in supoort. ( to Chief Judge Paul A. Magnuson ) 2 pg(s) (VEM) (Entered: 12/05/2000) |
| 12/04/2000 | 77 | MOTION by defendant for appointment of counsel. ( to Chief Judge Paul A. Magnuson ) 2 pg(s) (VEM) (Entered: 12/05/2000) |
| 01/16/2001 | 78 | ORDER ( Chief Judge Paul A. Magnuson / 1/13/01) denying motion to change venue [76-1] denying motion for appointment of counsel [77-1] 3 pg(s) (cc: all counsel) (VEM) (Entered: 01/16/2001) |
| 06/25/2001 | 79 | RESPONSE by plaintiff to defendnt's motion for discharge or finding of competency. (8 pgs) (MKC) (Entered: 06/27/2001) |
| 06/25/2001 | 80 | EXHIBITS 1-2 by plaintiff. (64 pgs) (MKC) (Entered: 06/27/2001) |
| 07/02/2001 | 81 | DECLARATION of Gary Riggs, M.D. (10 pgs) (MKC) (Entered: 07/03/2001) |
| 07/02/2001 | 82 | DECLARATION of Mary A. Benning . (60 pgs) (MKC) (Entered: 07/03/2001) |
| 07/12/2001 | 83 | MOTION by defendant for discharge or finding of competency purusant to 18 USC 4247(h)( to Judge Paul A. Magnuson ) (1 pg) (MKC) (Entered: 07/13/2001) |
| 07/20/2001 | 84 | MEMORANDUM, OPINION, AND ORDER: ( Judge Paul A. Magnuson / 7/20/01) that: defendant's motion for discharge or finding of competency to stand Trial is DENIED WITHOUT PREJUDICE. 2. The Federal Public Defender for the District of MA is APPOINTED to represent defendant in future proceedings in this matter and 3. This case is TRANSFERRED to the USDC for the District of Massachusetts. [83-1] Case transferred to Dist of: Massachusetts (3 pgs) (cc: all counsel) (MKC) (Entered: 07/26/2001) |
| 07/20/2001 | | Sent Certified copies of transfer order, docket sheets, together with the entire Clerk's file (with correspondece) to the District of Massachusetts. |

(MKC) (Entered: 07/26/2001)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2006 09:10:12 | | | |
| PACER Login: | gp1187 | Client Code: | 099997/154398 |
| Description: | Docket Report | Search Criteria: | 3:93-cv-00298-PAM-JGL |
| Billable Pages: | 5 | Cost: | 0.40 |