**3**

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:01-cv-11310-NMG

United States of v. Ecker
Assigned to: Judge Nathaniel M. Gorton
Demand: $0
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 07/30/2001
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of**          represented by **Mary Jo Madigan**
United States Attorney's Office
600 US Courthouse
300 4th St. S
Minneapolis, MN 55415
612-664-5600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Ecker**               represented by **Scott F. Tilsen**
Federal Public Defender
300 4th St. S
Suite 107
Minneapolis, MN 55415
612-664-5858
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2001 | 1 | Original file, certified copy of transfer order and docket sheet received Service in other district on Answer filed in other court on from the District of Minnesota. Docket # in other court: 93-cv-298 (kf) (Entered: 08/01/2001) |
| 08/02/2005 |   | Case Reassigned to Judge Nathaniel M. Gorton. Judge Robert E. Keeton no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. Related criminal case #89-30028 reassigned to Judge Nathaniel M. Gorton on 8/2/05. (Folan, Karen) (Entered: 10/04/2005) |
| 09/30/2005 |   | Civil Case Terminated. (Folan, Karen) (Entered: 10/04/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2006 10:22:00 | | | |
| PACER Login: | gp1187 | Client Code: | 099997/154398 |
| Description: | Docket Report | Search Criteria: | 1:01-cv-11310-NMG |
| Billable Pages: | 1 | Cost: | 0.08 |