John Leonard Ecker
Reg. No. 90050-038
Medical Center For Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

02-27-2007

The Honorable Nathanial M. Gorton
Senior U.S. District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: U.S.A. v. Ecker, Crim. NO. 89-30028-NMG, and
1:01-CV-11310-NMG

Dear Judge Gorton:
    On Friday, February 23, 2007, I talked
to my brother Mark. He told me that
my 21-year-old nephew Marky stepped
on an IED during battle in Iraq
and blew up. Seven other soldiers who
were fighting beside him were killed by

The Honorable Nathanial M. Gorton
02-27-2007
Page two

gunfire. Four others were injured. Marky
was Flown to Germany where he underwent
surgery. He lost both of his Feet. The
original report that I got was that
Marky had lost both of his legs which
resulted in me having horrific thoughts
of him also losing his manhood (penis)
and extensive damage to his abdomen.
I had reached a point of near
hysteria. My Clinicians, Drs. Gariety and
Brinkley were nowhere around.
    Once again, tragedy has struck the
Ecker Family. My nephew risked his
life and lost his Feet Fighting For
Freedom and here I sit. Worse yet,
both of my brothers, Mark and Arlen,
pay Fifty to Sixty thousand dollars a
year in taxes which goes towards paying
the salaries of the people who want
me here and we have no say in it.

The Honorable Nathanial M. Gorton
02-27-2007
Page three

What the prosecutor and her disciples
have done is an injustice to me and
my family, and a disservice to this
country. From my point of view, what
they have done is outrageous. And, quite
Frankly, I'm sick of hearing their
trivial complaints.

   Your Honor, I never believed that
I was incompetent. The persons involved
with submitting reports to the court
regarding my competency were either
incompetent themselves and or were
more interested in defending the
integrity of the Government and the
names and reputations of some of
their co-workers. This is not to say
that I don't have a mental condition.
The reality is, however, that I was
found incompetent and too many years

The Honorable Nathanial M. Gorton
02-27-2007
Page Four

had elapsed (17 years) to be able to
have a Fair trial. Under the circumstances,
your ruling on March 17, 2006, to dismiss
the criminal indictment of "Felon,
in Possession of a Firearm" was
Fair, just, and correct. I must
reiterate that I was never convicted
of any crime nor did I have my
day in court.
   We now have a motion pending
before this Court and I ask that
you rule on it as soon as possible
and order my immediate and unconditional
release. My immediate release is imperative
in the interest of justice and
is the only acceptable resolution under
the circumstances.

                    Respectfully submitted,
                    J. Leonard Ecker
                    J. Leonard Ecker